IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL SMITH,

    Petitioner,                    No. CIV S-08-1759 LKK GGH P

    vs.

ATTORNEY GENERAL, et al.,

    Respondents.               ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV S-01-1683 MCE KJM P.) Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. This action is reassigned to Judge England and Magistrate Judge Mueller for
3    all further proceedings; henceforth, the caption on documents filed in this action shall be shown
4    as No. CIV S-08-1759 MCE KJM P; and
5    2. The Clerk of the Court shall make appropriate adjustment in the assignment of
6    civil cases to compensate for this reassignment.

DATED: 10/10/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sm1759.190